UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER B.[1], <br><br>         Plaintiff, <br><br>vs. <br><br>ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, <br><br>         Defendant. | No. 2:20-cv-00322-MKD <br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** <br><br>**ECF Nos. 23, 26** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 26, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Attorney Chad Hatfield represents Plaintiff. Attorney Katherine Watson

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 5.

After consideration, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion for Remand, **ECF No. 26**, is **GRANTED**.

2. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

The parties have stipulated to the following:

On remand, the Appeals Council will instruct the ALJ to:

- Further develop Plaintiff's record and offer Plaintiff the opportunity for a new hearing;

- Reevaluate the medical and non-medical source opinions of record, including but not limited to, the opinion from Occupational Therapist Dane Vulcan;

- Reevaluate the nature and severity of Plaintiff's impairments, including Plaintiff's fibromyalgia in accordance with Social Security Ruling 12-2p;

- Assess whether Plaintiff's fibromyalgia equals listing 14.09D;

- Reevaluate Plaintiff's subjective complaints;

- If warranted, obtain evidence from a medical expert related to the nature and severity of and functional limitations resulting from Plaintiff's fibromyalgia and other impairments;
- Obtain supplemental evidence form a vocational expert to clarify the effect of the assessed limitations on the occupational base; and
- Issue a new decision.

See ECF No. 26 at 2.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Motion for Summary Judgment, **ECF No. 23**, is **STRICKEN AS MOOT**.

5. Upon proper presentation, this Court consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED June 21, 2021.

s/Mary K. Dimke<br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE